UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

ASHER BRONSTIN

            Plaintiff,

-against-

LIFEMD, INC. d/b/a RexMD

            Defendant.

24 Civ. 6277 (____)

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Andrew Roman Perrong hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Asher Bronstin in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Pennsylvania and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 8/20/2024

Respectfully Submitted,

_____
Applicant Signature: /s/ Andrew R. Perrong
Applicant's Name: Andrew Roman Perrong
Firm Name: Perrong Law LLC
Address: 2657 Mount Carmel Ave.
City/State/Zip: Glenside, PA 19038
Telephone/Fax: 215-225-5529; 888-329-0305
Email: a@perronglaw.com