

**2657 Mount Carmel Avenue
Glenside, PA 19038**

a@perronglaw.com　　　　　　　　　　　　　　　　　　Tel. (215) 225-5529 (CALL-LAW)
www.perronglaw.com　　　　　　　　　　　　　　　　　　　　　　　Fax (888) 329-0305

October 10, 2024

*Via ECF*

Chambers of Hon. Margaret M. Garnett
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:   Joint Meet and Confer Letter, *Bronstin v. LifeMd, Inc.*, No. 24-cv-6277

Dear Judge Garnett:

Pursuant to Your Honor's order entered on August 30, 2024 (ECF No. 6), we write to inform that the parties are engaged in good faith settlement discussions. The parties request an additional two weeks to provide a status report to the Court.

　　　　　　　　　　　　　　　　　　　　　　Respectfully Yours,

　　　　　　　　　　　　　　　　　　　　　　Andrew R. Perrong, Esq.