USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/11/2024



2657 Mount Carmel Avenue
Glenside, PA 19038

a@perronglaw.com                                    Tel. (215) 225-5529 (CALL-LAW)
www.perronglaw.com                                  Fax (888) 329-0305

October 10, 2024

*Via* ECF

Chambers of Hon. Margaret M. Garnett
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:   Joint Meet and Confer Letter, *Bronstin v. LifeMd, Inc.*, No. 24-cv-6277

Dear Judge Garnett:

Pursuant to Your Honor's order entered on August 30, 2024 (ECF No. 6), we write to inform that the parties are engaged in good faith settlement discussions. The parties request an additional two weeks to provide a status report to the Court.

GRANTED. The parties shall provide a further status report to the Court by no later than **October 25, 2024**.

SO ORDERED. Dated October 11, 2024.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Respectfully Yours,

Andrew R. Perrong, Esq.