

**2657 Mount Carmel Avenue**
**Glenside, PA 19038**

a@perronglaw.com                                                    Tel. (215) 225-5529 (CALL-LAW)
www.perronglaw.com                                                                Fax (888) 329-0305

October 25, 2024

*VIA ECF*

Chambers of Hon. Margaret M. Garnett
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:   Joint Meet and Confer Letter, *Bronstin v. LifeMd, Inc.*, No. 24-cv-6277

Dear Judge Garnett:

Pursuant to Your Honor's Order entered on August 30, 2024 (ECF No. 6) and Memo Endorsement entered on October 11, 2024 (ECF No. 8), we write to inform that the parties have made significant settlement progress. The parties continue their good faith good faith settlement discussions and are close to a resolution. The parties request an additional week to resolve the matter and provide a status report to the Court.

Respectfully Yours,

Andrew R. Perrong, Esq.