

**2657 Mount Carmel Avenue**
**Glenside, PA 19038**

a@perronglaw.com  Tel. (215) 225-5529 (CALL-LAW)
www.perronglaw.com  Fax (888) 329-0305

November 8, 2024

*VIA ECF*

Chambers of Hon. Margaret M. Garnett
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:   Joint Meet and Confer Letter, *Bronstin v. LifeMd, Inc.*, No. 24-cv-6277

Dear Judge Garnett:

Pursuant to Your Honor's Order entered on August 30, 2024 (ECF No. 6) and Memo Endorsement entered on October 11, 2024 (ECF No. 8), as well as second Order and Memo Endorsement, we write to inform that the parties have made significant settlement progress and are close to resolution. The parties continue their good faith good faith settlement discussions and are close to a resolution. The parties request an additional week to resolve the matter and provide a status report to the Court. This will be the parties' last such request for extension, at which time the Parties will notify the Court in the event negotiations prove unsuccessful.

Respectfully Yours,

Andrew R. Perrong, Esq.