

**2657 Mount Carmel Avenue**
**Glenside, PA 19038**

a@perronglaw.com  Tel. (215) 225-5529 (CALL-LAW)
www.perronglaw.com  Fax (888) 329-0305

November 15, 2024

<u>*Via ECF*</u>

Chambers of Hon. Margaret M. Garnett
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Bronstin v. LifeMD, Inc.*, **No. 24-cv-6277 (S.D.N.Y.)**
      **Joint Meet and Confer Letter – Notice of Settlement**

Dear Judge Garnett:

We write to inform you that the Parties have reached an agreement in principle to resolve the pending litigation. The Parties respectfully request that the Court stay all deadlines while the Parties work out a written settlement agreement, at which time Plaintiff will file a voluntary notice of dismissal pursuant to Fed. R. Civ. P. 41(a). Plaintiff intends to file said notice of dismissal within 30 days. The Parties will notify the Court immediately if anything changes.

Respectfully Yours,

Andrew R. Perrong, Esq.